**FILED**
2008 FEB 11 AM 10: 35
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 0372

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Michele MCKNIGHT,<br><br>    Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about February 8, 2008, within the Southern District of California, defendant Michele MCKNIGHT, did knowingly and intentionally import approximately 22.00 kilograms (48.40 pounds) of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Julia Gerard*
Julia Gerard
Special Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 11th DAY OF February 2008.

_____
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Julia Gerard, declare under penalty of perjury, the following is true and correct:

On February 8, 2008, at approximately 2:45 p.m., United States citizen, Michele MCKNIGHT attempted to enter the United States at the Otay Mesa Port of Entry, San Diego, California. MCKNIGHT was the driver, registered owner, and sole occupant of a burgundy Chrysler Seabring bearing California license plate 6BTN064.

CBP Officer Garza was conducting pre-primary roving operations at the Otay Mesa Port of Entry. CBP Officer Garza approached the vehicle MCKNIGHT was driving. CBP Officer Garza asked MCKNIGHT her citizenship; MCKNIGHT presented her United States passport. MCKNIGHT gave CBP Officer Garza a negative Customs declaration. MCKNIGHT stated she had owned the vehicle for approximately three months. CBP Officer Garza performed a cursory inspection on the vehicle and found what appeared to be a non-factory compartment in the trunk area of the vehicle. MCKNIGHT, again, gave a negative Customs declaration. MCKNIGHT was escorted to the secondary inspection area.

CBP Officer Teegarden was assigned to take a sample of the substance taken from the non-factory compartment of MCKNIGHT's vehicle. The sample was drilled out with a drill bit from the non-factory compartment. The substance field-tested positive for heroin.

During a post-arrest statement, MCKNIGHT waived her Miranda rights. MCKNIGHT admitted knowledge of the narcotics in the vehicle. On February 9, 2008, MCKNIGHT

1  was transported to the Metropolitan Correctional Center pending her initial appearance
2  before a U.S. Magistrate Judge in San Diego, California.
3
4  Executed on February 9, 2008, at 1400 hours
5
6                                        _____
7                                        Julia Gerard, Special Agent
                                         U.S. Immigration & Customs
8                                        Enforcement
9
10 On the basis of the facts presented in the probable cause statement consisting of one
11 page, I find probable cause to believe that the defendant(s) named in this probable
12 cause statement committed the offense on February 8, 2008, in violation of Title 21,
13 United States Code, Section(s) 952 & 960.
14
15
16 _____          2/9/08 5:45pm
17 United States Magistrate Judge           Date/Time