1  **MICHELLE BETANCOURT**
California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
michelle_betancourt@fd.org

6  Attorneys for Defendant Ms. McKnight

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,      )   Case No. 08mj0372
                                   )
12              Plaintiff,         )
                                   )
13  v.                             )
                                   )   **NOTICE OF APPEARANCE**
14  **MICHELE MCKNIGHT**,          )
                                   )
15              Defendant.         )
                                   )

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18  Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the
19  above-captioned case.

20                                          Respectfully submitted,

21  Dated: February 15, 2008           s/ *Michelle Betancourt*
                                       **MICHELLE BETANCOURT**
22                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Defendant
23                                     michelle_betancourt@fd.org